# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CITY OF BETHLEHEM AND THE
UNITED STATES OF AMERICA,

               Respondents

          v.

ALVIN S. KANOFSKY,

              Petitioner

: No. 106 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.